# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Pamela L. Orlowski                              CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-21514 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nissan-Infiniti LT and index same on the master mailing list.

Respectfully submitted,

*Brian Nicholas*

Brian Nicholas
31 Jul 2020, 15:37:25, EDT

Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bnicholas@kmllawgroup.com