FILED
9/30/20 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>PAMELA L. ORLOWSKI,<br>    **Debtor(s)** | ) **DEFAULT O/E JAD**<br>)<br>) Bankruptcy No. 20-21514-JAD<br>) |
| SANTANDER CONSUMER USA INC.,<br>    **Movant**<br>    v.<br>PAMELA L. ORLOWSKI<br>  DAVID BUCKA, JR.,<br>    **Respondent(s)**<br>RONDA J. WINNECOUR,<br>    **Trustee** | ) Chapter 13<br>)<br>) Related To Doc. No. 39<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER OF COURT

AND NOW, this 30th day of September, 2020, it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay And Co-Debtor Stay is GRANTED.

Movant Santander Consumer USA Inc. is permitted to enforce its rights in the property described as a **2010 Chevrolet Equinox** bearing vehicle identification number 2CNFLNEYXA6402450, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_____
Jeffery A. Deller    mas
UNITED STATES BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
    William E. Craig, Esquire
    Brian C. Thompson, Esquire
    Ronda J. Winnecour, Esquire

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Pamela L. Orlowski  
    Debtor(s)

Case No. 20-21514-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 2  
Date Rcvd: Sep 30, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

**Recip ID**      **Recipient Name and Address**  
db      + Pamela L. Orlowski, 534 Pine Street, Ambridge, PA 15003-1708

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Nissan-Infiniti LT bnicholas@kmllawgroup.com

Brian C. Thompson  
     on behalf of Debtor Pamela L. Orlowski bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

J. Philip Colavincenzo  
     on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net

Keri P. Ebeck  
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2     User: culy     Page 2 of 2
Date Rcvd: Sep 30, 2020     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

William E. Craig
   on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7