## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Pamela L. Orlowski, | : | Case No.: 20-21514-JAD |
| Debtor. | : | Chapter 13 |
| Pamela L. Orlowski, | : | Document No.: |
| | : | Related Document No.: 52, 53 |
| Movant, | : | Related to Claim No.: 12 |
| v. | : | **Hearing Date and Time:** |
| Jefferson Capital Systems, LLC, | : | January 6, 2021, at 11:00 a.m. |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey Castello, hereby certify that I served a copy of the Debtor's Objection to Proof of Claim No. 12, Proposed Order, and Notice of Hearing on all interested parties listed below via electronic mail and/or first class, postage prepaid U.S. mail on November 16, 2020.

Ronda J. Winnecour
Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant St.
Pittsburgh, PA 15219-2702

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302
Attn: Linda Dold. Bankruptcy Specialist

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

Respectfully submitted,

Date: November 16, 2020

By: /s/ *Jeffrey Castello*
Jeffrey Castello, paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
T: (724) 799-8404
F: (724) 799-8409
jcastello@thompsonattorney.com