FILED
12/28/20 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | |
|---|---|
| In re: Pamela L. Orlowski, | Bankruptcy No. 20-21514-JAD |
| Debtor. | Chapter 13 |
| Pamela L. Orlowski, | Related To Doc. No. 52 |
| Movant, | Re: Claim No. 12 |
| v. | |
| Jefferson Capital Systems, LLC, | |
| Respondent. | |

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 12

On this 28th day of December, 2020, this matter being before the Court on Debtor's Objection to Proof of Claim No. 12, for the reasons stated in the Objection, or by default for Claimant's failure to respond, it is hereby ORDERED that the claim of Jefferson Capital Systems, LLC filed at Proof of Claim No. 12 in the above captioned bankruptcy case is rejected and disallowed in its entirety and shall not be paid.

Date: December 28, 2020

_____
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Pamela L. Orlowski
    Brian C. Thompson, Esquire
    Jefferson Capital Systems, LLC
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-21514-JAD |
|---|---|
| Pamela L. Orlowski | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: culy | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela L. Orlowski, 534 Pine Street, Ambridge, PA 15003-1708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2020 03:35:00 | Jefferson Capital Systems, LLC, Attn: Linda Dold, Bankruptcy Specialist, PO Box 7999, St. Cloud, MN 56302 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020             Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Nissan-Infiniti LT bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Pamela L. Orlowski bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| J. Philip Colavincenzo | |

District/off: 0315-2 | User: culy | Page 2 of 2
Date Rcvd: Dec 28, 2020 | Form ID: pdf900 | Total Noticed: 2

        on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

William E. Craig
        on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7