IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PAMALA L ORLOWSKI<br>        Debtor,<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION, AS SERVICING AGENT FOR NISSAN-INFINITI LT,<br>        Movant,<br><br>    v.<br><br>PAMALA L ORLOWSKI and<br>RONDA J WINNECOUR, Trustee,<br>        Respondents. | Bankruptcy No. 20-21514-JAD<br><br>Chapter 13<br><br>Doc. No. |

## CERTIFICATE OF SERVICE OF AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 5, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service electronically via the court's CM/ECF system," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

Pamela L. Orlowski
534 Pine Street
Ambridge, PA 15003

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

SERVICE BY ELECTRONIC NOTIFICATION

| | |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road, Suite 200<br>Warrendale, PA 15086<br>bthompson@ThompsonAttorney.com | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov |

Executed by: February 5, 2021

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

Counsel for Nissan Motor Acceptance Corporation, as Servicing Agent for Nissan-Infiniti LT