IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PAMELA L ORLOWSKI<br>　　　　Debtor,<br><br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION, AS SERVICING AGENT<br>FOR NISSAN-INFINITI LT,<br>　　　　Movant,<br><br>　　v.<br><br>PAMELA L ORLOWSKI and<br>RONDA J WINNECOUR, Trustee,<br>　　　　Respondents. | Bankruptcy No. 20-21514-JAD<br><br>Chapter 13<br><br>Doc. No. |

## NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE ON AMENDED MOTION OF NISSAN MOTOR ACCEPTANCE CORPORATION, AS SERVICING AGENT FOR NISSAN-INFINITI LT FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Thursday, February 25, 2021**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.

If you fail to timely file and serve a response, the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed of if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A Zoom Video Conference Hearing will be held on **Friday March 5, 2021, at 11:00 a.m.** before the Honorable Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following: Meeting ID: 161 0928 3473. ***All participants are required appear by Zoom*** and must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021, which can be found at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

Only ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Dated: February 8, 2021                          Respectfully submitted,

                                                 BERNSTEIN-BURKLEY, P.C.

                                                 By: /s/*Keri P. Ebeck*
                                                 Keri P. Ebeck, Esq.
                                                 PA I.D. # 91298
                                                 kebeck@bernsteinlaw.com
                                                 707 Grant Street
                                                 Suite 2200, Gulf Tower
                                                 Pittsburgh, PA 15219
                                                 Phone - (412) 456-8112
                                                 Fax - (412) 456-8135

                                                 Counsel for Nissan Motor Acceptance
                                                 Corporation, as Servicing Agent for Nissan-
                                                 Infiniti LT