FILED
3/3/21 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PAMELA L. ORLOWSKI<br>       Debtor,<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br>       Movant,<br>  v.<br><br>PAMELA L. ORLOWSKI and<br>RONDA J. WINNECOUR, Trustee,<br>       Respondents. | Bankruptcy No. 20-21514-JAD<br><br>Chapter 13<br><br>Related To Doc. Nos. 61, 69 |

## ORDER OF COURT

AND NOW, this <u>3rd</u> day of <u>March</u>, 2021, upon consideration of the foregoing Amended Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a.  The Motion for Relief from Stay filed at Document No. 61 is hereby marked as withdrawn.

    b.  The hearing on the Amended Motion for Relief from Stay filed at Document No. 69, currently scheduled for March 5, 2021, is hereby CONTINUED to **Friday, April 2, 2021, at 11:00 a.m.** before the Honorable Jeffery A. Deller via the Zoom Video Conference Application ("Zoom").

BY THE COURT:

_____
Honorable Jeffery A. Deller  mas
U.S. Bankruptcy Court Judge

CASE ADMINISTRATOR SHALL SERVE:
    Keri P. Ebeck, Esquire
    Brian C. Thompson, Esquire
    Owen W. Katz, Esquire
    Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21514-JAD |
| Pamela L. Orlowski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela L. Orlowski, 534 Pine Street, Ambridge, PA 15003-1708 |
| | + | Owen Katz, Esq., Office of the Ch. 13 Trustee, Suite 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021           Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Nissan-Infiniti LT bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Pamela L. Orlowski bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| J. Philip Colavincenzo | |
| | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Keri P. Ebeck
    on behalf of Creditor Nissan Motor Acceptance Corporation  as Servicing Agent for Nissan-Infiniti LT
    kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9