IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 20-21514-JAD |
|---|---|
| PAMELA L ORLOWSKI<br>　　　　Debtor, | Chapter 13 |
| NISSAN MOTOR ACCEPTANCE CORPORATION AS SERVICING AGENT FOR NISSAN-INFINITI LT,<br>　　　　Movant,<br><br>　　　v.<br><br>PAMELA L ORLOWSKI and<br>RONDA J WINNECOUR, Trustee,<br>　　　　Respondents. | Doc. No. |

## CERTIFICATE OF SERVICE OF AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND AMENDED NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE

　　　I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 11, 2021.

　　　The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

　　　If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service electronically via the court's CM/ECF system," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

Pamela L. Orlowski　　　　　　　　　　　　Ronda J. Winnecour
534 Pine Street　　　　　　　　　　　　　　Suite 3250, USX Tower
Ambridge, PA 15003　　　　　　　　　　　　600 Grant Street
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219

SERVICE BY ELECTRONIC NOTIFICATION

| | |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road, Suite 200<br>Warrendale, PA 15086<br>bthompson@ThompsonAttorney.com | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov |

| | |
|---|---|
| Executed by: May 11, 2021 | Respectfully submitted,<br><br>BERNSTEIN-BURKLEY, P.C.<br><br>By: /s/*Keri P. Ebeck*<br>Keri P. Ebeck, Esq.<br>PA I.D. # 91298<br>kebeck@bernsteinlaw.com<br>707 Grant Street<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>Phone - (412) 456-8112<br>Fax - (412) 456-8135<br><br>Counsel for Nissan Motor Acceptance Corporation, as Servicing Agent for Nissan Infiniti LT |