FILED
6/16/21 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PAMELA L. ORLOWSKI,<br>　　　　Debtor,<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION AS SERVICING AGENT FOR NISSAN-INFINITI LT,<br>　　　　Movant,<br><br>　v.<br><br>PAMELA L. ORLOWSKI and RONDA J. WINNECOUR,<br>　Trustee,　　Respondents. | Bankruptcy No. 20-21514-JAD<br><br>Chapter 13<br><br>Related To ECF Nos. 93, 86 |

## STIPULATED ORDER RESOLVING AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 16th day of June, 2021, in said District, upon agreement of the parties:

This Court FINDS that Nissan Motor Acceptance Corporation, as Servicing Agent for Nissan Infiniti LT, Movant herein, is a creditor of the property by virtue of a certain Motor Vehicle Lease Agreement with Arbitration Clause on 2018 Nissan Sentra, VIN# 3N1AB7AP9JY259969 ("Vehicle"). For failure to make monthly plan payments to the Chapter 13 Trustee, Movant filed an Amended Motion for Relief from the Automatic Stay on May 11, 2021.

In an effort to resolve the pending Motion for Relief and response thereto at Document Nos. 86 and 89, the parties agree to stipulate to the entry of the below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every plan payment in a timely and complete manner beginning with the June 2021 full plan payment stated in the Debtor's most recent filed plan. The Debtor shall have thirty (30) days to bring the plan payments current. If the plan payments are not cured in full, upon Affidavit of creditor's counsel or the Trustee this Order shall be immediately effective without further Order of the Court and Nissan Motor Acceptance Corporation, as Servicing Agent for Nissan Infiniti LT shall have relief from the automatic stay upon the lease maturity date of August 8, 2021. Any Affidavit of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made directly to Nissan Motor Acceptance Corporation, as Servicing Agent for Nissan Infiniti LT and that counsel has reviewed the Trustee's internet site and that a default is evident according to the Trustee's records. Additionally a copy of the Trustee's report showing the default must be attached to the Affidavit.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant be and is hereby granted relief from the Automatic Stay upon the lease Maturity date of August 8, 2021 to take the necessary steps to repossess and liquidate its Collateral referenced herein.

Dated: June 16, 2021

Honorable Jeffery A. Deller
U.S. Bankruptcy Court Judge

/s/ Keri P. Ebeck

Attorney for Movant
Keri P. Ebeck, Esquire
PA I.D. #91298
Bernstein-Burkley, P.C.
707 Seventh Avenue
Suite 2200
Pittsburgh, PA  15219
412-456-8112
kebeck@bernsteinlaw.com

/s/ Brian C. Thompson

Attorney for Debtor
Brian C. Thompson, Esquire
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
724-799-8404
bthompson@ThompsonAttorney.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21514-JAD |
| Pamela L. Orlowski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy        Page 1 of 2

Date Rcvd: Jun 16, 2021        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela L. Orlowski, 534 Pine Street, Ambridge, PA 15003-1708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nissan-Infiniti LT bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Pamela L. Orlowski bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| Keri P. Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation as Servicing Agent for Nissan-Infiniti LT kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |

| District/off: 0315-2 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

William E. Craig
        on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9