Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Pamela L. Orlowski** | : | Case No. 20−21514−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per May 11, 2022 Hearing |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this ***The 11th of May, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-21514-JAD
Pamela L. Orlowski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: May 11, 2022      Form ID: 309      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela L. Orlowski, 534 Pine Street, Ambridge, PA 15003-1708 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| 15241366 | + | Ambridge Borough, ATTN: Stacey Krol, 600 Eleventh Street, Ambridge, PA 15003-2377 |
| 15241367 | + | Ambridge School District, ATTN: Stacey Krol, 600 Eleventh Street, Ambridge, PA 15003-2377 |
| 15241368 | + | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 15241374 | + | David Bucka Jr., 534 Pine Street, Ambridge, PA 15003-1708 |
| 15241382 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-Infiniti LT, 8900 Freeport Pkwy, Irving, TX 75063 |
| 15241388 | + | Weltman, Weinberg & Reis, William Thomas Molczan, Esquire, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 11 2022 23:52:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 15245530 | | EDI: CAPITALONE.COM | May 12 2022 03:53:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15241369 | + | EDI: CAPITALONE.COM | May 12 2022 03:53:00 | Capital One Bank USA, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15241370 | + | EDI: CAPITALONE.COM | May 12 2022 03:53:00 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15241371 | + | EDI: WFNNB.COM | May 12 2022 03:53:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 15241372 | + | EDI: WFNNB.COM | May 12 2022 03:53:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 15241373 | + | Email/PDF: creditonebknotifications@resurgent.com | May 11 2022 23:55:07 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15241376 | + | EDI: CITICORP.COM | May 12 2022 03:53:00 | DSNB/Macy's, PO Box 8218, Mason, OH 45040 |
| 15264029 | | EDI: Q3G.COM | May 12 2022 03:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15241375 | + | Email/Text: electronicbkydocs@nelnet.net | May 11 2022 23:52:00 | Dept of Ed/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15266766 | + | Email/Text: kburkley@bernsteinlaw.com | May 11 2022 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15241377 | + | Email/Text: bknotice@ercbpo.com | May 11 2022 23:52:00 | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |

Case 20-21514-JAD   Doc 106   Filed 05/13/22   Entered 05/14/22 00:24:46   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: 309 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15255546 | | EDI: JEFFERSONCAP.COM | May 12 2022 03:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15241378 | | EDI: JEFFERSONCAP.COM | May 12 2022 03:53:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15241379 | | EDI: JPMORGANCHASE | May 12 2022 03:53:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15248834 | + | Email/Text: RASEBN@raslg.com | May 11 2022 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15241380 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2022 23:55:21 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15243431 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2022 23:55:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15241381 | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2022 23:52:00 | Midland Credid Management Inc, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 15257499 | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2022 23:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15257493 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 11 2022 23:52:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15241383 | | EDI: PRA.COM | May 12 2022 03:53:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 15268213 | | EDI: PRA.COM | May 12 2022 03:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15259591 | | EDI: Q3G.COM | May 12 2022 03:53:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15245000 | + | Email/Text: enotifications@santanderconsumerusa.com | May 11 2022 23:52:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15241386 | + | EDI: RMSC.COM | May 12 2022 03:53:00 | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 15241384 | + | Email/Text: enotifications@santanderconsumerusa.com | May 11 2022 23:52:00 | Santander Consumer USA, Attention: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 15241385 | + | EDI: CBS7AVE | May 12 2022 03:53:00 | Swiss Colony/Montgomery Ward, 1515 S 21st Street, Clinton, IA 52732-6676 |
| 15263896 | + | EDI: RMSC.COM | May 12 2022 03:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15254071 | + | Email/Text: bncmail@w-legal.com | May 11 2022 23:52:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15241387 | + | EDI: WTRRNBANK.COM | May 12 2022 03:53:00 | TD Bank USA/Target Credit, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Corporation |
| cr | | Nissan Motor Acceptance Corporation, as Servicing |
| cr | | Nissan-Infiniti LT |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: 309 | Total Noticed: 39 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022            Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:**

**Name** **Email Address**

Brian Nicholas
   on behalf of Creditor Nissan-Infiniti LT bnicholas@kmllawgroup.com

Brian C. Thompson
   on behalf of Debtor Pamela L. Orlowski bthompson@ThompsonAttorney.com
   blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

J. Philip Colavincenzo
   on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net

Keri P. Ebeck
   on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Keri P. Ebeck
   on behalf of Creditor Nissan Motor Acceptance Corporation  as Servicing Agent for Nissan-Infiniti LT kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

William E. Craig
   on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9