**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAMELA L. ORLOWSKI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>　　Movant<br>　vs.<br>No Respondents. | Case No.:20-21514 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　1.  The case was filed on 05/13/2020 and confirmed on 07/02/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,209.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,209.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,305.67 | |
| 　Trustee Fee | 389.69 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,695.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　AMBRIDGE BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 5001 | | | | |
| 　AMBRIDGE ASD (AMBRIDGE) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 5001 | | | | |
| 　BEAVER COUNTY TAX CLAIM BUREAU** | 6,607.25 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 5001 | | | | |
| 　BEAVER COUNTY TAX CLAIM BUREAU** | 3,249.66 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 5001 | | | | |
| 　SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0527 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
| 　BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PAMELA L. ORLOWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　THOMPSON LAW GROUP PC | 3,250.00 | 2,305.67 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| THOMPSON LAW GROUP PC | 4,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NISSAN-INFINITI LT | 6,618.74 | 4,513.64 | 0.00 | 4,513.64 |
| Acct: 7776 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 3,291.63 | 0.00 | 0.00 | 0.00 |
| Acct: 1011 | | | | |
| | | | | 4,513.64 |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 682.89 | 0.00 | 0.00 | 0.00 |
| Acct: 3404 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0084 | | | | |
| QUANTUM3 GROUP LLC AGNT - SECOND | 1,489.15 | 0.00 | 0.00 | 0.00 |
| Acct: 7540 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9776 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9776 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9776 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9776 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9776 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9776 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,362.89 | 0.00 | 0.00 | 0.00 |
| Acct: 5350 | | | | |
| ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0817 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| JPMORGAN CHASE BANK | 729.02 | 0.00 | 0.00 | 0.00 |
| Acct: 9465 | | | | |
| JPMORGAN CHASE BANK | 2,500.39 | 0.00 | 0.00 | 0.00 |
| Acct: 2942 | | | | |
| LVNV FUNDING LLC | 410.35 | 0.00 | 0.00 | 0.00 |
| Acct: 2363 | | | | |
| LVNV FUNDING LLC | 787.15 | 0.00 | 0.00 | 0.00 |
| Acct: 6208 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 715.31 | 0.00 | 0.00 | 0.00 |
| Acct: 7477 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,201.74 | 0.00 | 0.00 | 0.00 |
| Acct: 8566 | | | | |
| THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8955 | | | | |
| SYNCHRONY BANK | 329.74 | 0.00 | 0.00 | 0.00 |
| Acct: 2789 | | | | |
| TD BANK USA NA** | 3,023.36 | 0.00 | 0.00 | 0.00 |
| Acct: 0240 | | | | |
| DUQUESNE LIGHT COMPANY* | 5.84 | 0.00 | 0.00 | 0.00 |
| Acct: 2966 | | | | |
| SANTANDER CONSUMER USA** | 3,908.13 | 0.00 | 0.00 | 0.00 |
| Acct: 0527 | | | | |
| DAVID BUCKA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| J PHILIP COLAVINCENZO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 20-21514 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | | | 4,513.64 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY           9,910.37
SECURED            9,856.91
UNSECURED         20.145.96

Date: 06/01/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com